# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DESTIN DEZWYN REESE,**

    **Plaintiff,**        :

 v.

                                    **Case No. 2:24-cr-3914**
                                    **Chief Judge Sarah D. Morrison**

**JUDGE MICHAEL**
**HOLBROOK,** *et al.***,**           :

    **Defendants.**

## ORDER

In a January 29, 2025 Report and Recommendation, the Magistrate Judge recommended that the Court dismiss this action without prejudice for failure to timely serve Defendants pursuant to Fed. R. Civ. P. 4(m). (ECF No. 4.) Plaintiff Destin Dezwyn Reese was advised of the right to file objections to the Report and Recommendation and of the consequences of failing to do so. (*Id.*) No objections have been filed, and the time for filing objections has passed.

The Report and Recommendation is **ADOPTED** and **AFFIRMED**. For the reasons set forth therein, this action is **DISMISSED** without prejudice. The Clerk is **DIRECTED** to **TERMINATE** this case from the docket.

    **IT IS SO ORDERED.**

                                        /s/ Sarah D. Morrison
                                        **SARAH D. MORRISON, CHIEF JUDGE**
                                        **UNITED STATES DISTRICT COURT**